United States District Court
Southern District of Texas
**ENTERED**
August 03, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Judy Vuong, § § § Plaintiff, § § v. § § United States Department of Veterans § Affairs; Secretary Denis McDonough, § § Defendant. § | Civil Action No. 4:22-cv-01823 |

## ORDER

Before the Court is the unopposed motion to dismiss filed by Defendant U.S. Department of Veterans Affairs (Dkt. 32). For the reasons stated in the motion, it is GRANTED.

Plaintiff's claims against Defendant U.S. Department of Veterans Affairs are DISMISSED with prejudice.

_____
Alfred H. Bennett
United States District Judge